UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAYTONA BEACH RESORT AND**
**CONFERENCE CENTER**
**CONDOMINIUM ASSOCIATION, INC.,**

    **Plaintiff,**

v.                                          **Case No: 6:16-cv-232-Orl-41DAB**

**UNITED STATES OF AMERICA and**
**HAYDEE LOPEZ-ARTAMENDI,**

    **Defendants.**

                                                /

**ORDER**

THIS CAUSE is before the Court on the Motion to Dismiss by Defendant United States (Doc. 7). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 11), which recommends granting the motion.

After an independent *de novo* review, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Motion to Dismiss by Defendant United States (Doc. 7) is **GRANTED**.

3. This matter is **DISMISSED**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



Copies furnished to:

Counsel of Record